# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES LEMAR,<br><br>    Defendant. | Case No.:  CR 11-0943 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE SETTLEMENT CONFERENCE** |

    This matter is in the pretrial stage and is currently sent for trial in March 2013.  The parties stipulate and request that the Court refer this matter to a Magistrate Judge for a settlement conference.

SO STIPULATED:

                                       MELINDA HAAG
                                       United States Attorney

Dated: November 6, 2012                   _____/s/_____
                                                        WILSON LEUNG
                                                         Assistant United States Attorney

Dated: November 6, 2012

_____/s/_____
EDWIN PRATHER
Attorney for JAMES LEMAR

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING and per the parties' stipulation, this matter is hereby referred to a Magistrate Judge for a settlement conference.

IT IS SO ORDERED.

Dated: November 7, 2012.

_____
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA