# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES LEMAR,<br><br>　　　　Defendant. | Case No.: CR 11-0943 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE SETTLEMENT CONFERENCE** |

　　　This matter is in the pretrial stage and is currently sent for trial in March 2013. The parties stipulate and request that the Court refer this matter to a Magistrate Judge Beeler for a settlement conference on December 5, 2012, at 9:30 a.m.

SO STIPULATED:

　　　　　　　　　　　　　　　　　　　　　　MELINDA HAAG
　　　　　　　　　　　　　　　　　　　　　　United States Attorney


Dated: November 27, 2012　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　WILSON LEUNG
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
RE SETTLEMENT CONFERENCE  [Case No.: CR 11-0943 WHA]　　　　1

Dated: November 27, 2012 	_____/s/_____
EDWIN PRATHER
Attorney for JAMES LEMAR

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING and per the parties' stipulation, this matter is hereby referred to a Magistrate Judge Beeler for a settlement conference on December 5, 2012, at 9:30 a.m. , or, if Magistrate Judge Beeler is unavailable then, at the next available time.

IT IS SO ORDERED.

Dated: __November 28, 2012__

*IT IS SO ORDERED AS MODIFIED*
*/s/ Judge William Alsup*

STIPULATION AND [PROPOSED] ORDER
RE SETTLEMENT CONFERENCE [Case No.: CR 11-0943 WHA] 2