# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES LEMAR,<br><br>    Defendant. | Case No.: CR 11-0943 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE SENTENCING HEARING** |

In the above-entitled matter, James Lemar has pled guilty and is awaiting sentencing. The parties are currently scheduled to appear before the Court on Tuesday, May 14, 2013, at 2:00 p.m. for a sentencing hearing. The United States Probation Office has indicated that more time is needed to generate a presentence report to make available to the parties. To allow the U.S. Probation Office time to complete its presentence report, the parties stipulate and request that the Court vacate the May 14, 2013 sentencing hearing and continue the matter for a sentencing hearing on Tuesday, June 4, 2013, at 2:00 p.m.

| | |
|---|---|
| 1 | The U.S. Probation Officer assigned to this case, Charlie Mabie, is available on the |
| 2 | suggested date. The Court appears to be available on the suggested date based on a review |
| 3 | of the Court's available dates on the Court's website. |

SO STIPULATED:

                                                MELINDA HAAG
                                                United States Attorney

Dated: April 4, 2013                      _____/s/_____
                                                WILSON LEUNG
                                                Assistant United States Attorney

Dated: April 4, 2013                      _____/s/_____
                                                EDWIN PRATHER
                                                Attorney for JAMES LEMAR

### [PROPOSED] ORDER

GOOD CAUSE APPEARING and per the parties' stipulation, Mr. Lemar's sentencing hearing in this matter is hereby continued until June 4, 2013, at 2:00 p.m.

IT IS SO ORDERED.

Dated: __April 4, 2013._____                _____
                                                         HON. WILLIAM H. ALSUP
                                                         U.S. DISTRICT JUDGE